UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| G.M., | ) | CASE NO. 2:22-cv-3788 |
| | ) | |
| Plaintiff | ) | CHIEF JUDGE ALGENON L. MARBLEY |
| | ) | MAGISTRATE JUDGE ELIZABETH P. |
| v. | ) | DEAVERS |
| | ) | |
| CHOICE HOTELS INTERNATIONAL, | ) | |
| INC., *et al.*, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendant | ) | |

Please take notice that John G. Farnan, and the law firm of Weston Hurd, LLP, hereby enters his appearance as counsel on behalf of Defendant Wyndham Hotel & Resorts, Inc. in this matter. The undersigned requests that he be served with all future orders, notices, pleadings, motions, or other documents filed in this matter.

    Respectfully submitted,

*/s/ John G. Farnan*
**JOHN G. FARNAN (0038558)**
JFarnan@westonhurd.com
**WESTON HURD, LLP**
1300 East 9th Street, Suite 1400
Cleveland, Ohio  44114-1862
(T) 216.621.8369
(F) 216.621.8369
*Attorney for Defendant Wyndham Hotel & Resorts, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of January, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing document was also served via regular U.S. mail, postage prepaid, to the following on this 24th day of January, 2023:

**Choice Hotels International, Inc.**
c/o United States Corporation Company, Registered Agent
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221
*Defendant*

**Red Roof Inns, Inc.**
c/o Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221
*Defendant*

**Red Roof Franchising, LLC**
c/o Corporation Service Company
3366 Riverside Dr., Suite 103
Upper Arlington, OH 43221
*Defendant*

/s/ *John G. Farnan*
**JOHN G. FARNAN (0038558)**