**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**G.M.,**

      **Plaintiff,**

                                       **Civil Action 2:22-cv-3788**
                                       **Judge Algenon L. Marbley**
    **v.**                                 **Magistrate Judge Elizabeth P. Deavers**


**CHOICE HOTELS INTERNATIONAL,
INC.,** *et al.*,

      **Defendants.**


**ORDER**

This matter comes before the Court on Plaintiff's Motions to Sever and Dismiss Defendant Jameson Inn, Inc. and Defendant Shadeland Property Management, LLC.  (ECF Nos. 215, 216.)  The Motions are **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 21, Defendants Jameson Inn, Inc. and Shadeland Property Management, LLC are hereby **SEVERED** and **DISMISSED** from this action.

    **IT IS SO ORDERED.**

**Date: February 25, 2026**                      **/s/** *Elizabeth A. Preston Deavers*
                                              **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**