# "EXHIBIT B"

04/04

Vault
IN051
QUALITY INN & SUITES

## CHOICE HOTELS INTERNATIONAL, INC.
### FRANCHISE AGREEMENT

**THIS AGREEMENT** is made in Silver Spring, Maryland, effective as of the _____3_____ day of _December_ 2004, between **Choice Hotels International, Inc.**, a Delaware corporation ("we" or "us"), and **Indy Hotel Investors,Inc.**, an Indiana corporation, **Jeyesh Patel**, Individually, **Ravindra Patel**, Individually, jointly and severally ("you").

We and you agree:

    **1. Definitions.** In addition to the terms that are defined in other parts of this Agreement, the following terms shall have the indicated meanings:

    a. "Hotel" means the property at **7050 East 21st Street, Indianapolis, Indiana 46219** ("Location") and includes the building, land and all improvements, structures, fixtures, amenities, equipment, furniture and related rights, privileges and properties.



1



3

6. **Your Duties.** You will:

a. Operate, furnish, maintain and advertise the Hotel according to this Agreement and the Rules and Regulations and, generally, maintain the Hotel interior and exterior, including any parking areas and food and beverage facilities, in a clean, sound, and attractive condition and/or good repair at all times, and to undertake all repair, cleaning, redecoration, repainting, and replacement of obsolete or outdated signs, equipment, furnishings, fixtures and furniture, and to take such other corrective action as is necessary to comply with the Rules and Regulations. You must keep current your copy of the Manuals and of the Rules and Regulations and comply with any changes that we make in the Rules and Regulations and to the System. If a dispute arises, our copy of the Manuals or Rules and Regulations will control. You may not disclose the confidential information in the Manuals or the Rules and Regulations, except to your authorized employees;

4







8



**16. Business Relationship.**

    a.  You agree that:

        2.  You are an independent contractor.  Nothing in this Agreement makes, or is intended to make, either party an agent, legal representative, subsidiary, joint venturer, partner, employee, independent contractor or servant of the other (except that we are acting as your agent when making reservations for your Hotel);

**18. Taxes, Permit; Compliance with Laws; Notice of Legal Actions.**

    c. You must comply with all federal, state, and local laws, rules and regulations applicable to you and to the Hotel.

11



**21. Acknowledgments.**

d. You are solely responsible for exercising ordinary business control over the Hotel, including personnel matters of Hotel employees and pricing of rooms and other services at your Hotel.





This Agreement is signed by you (and your principals, if a limited liability company, partnership or corporation) and us, on the date written above.

Attest:

_____
Name: Kevin M. Rooney
Title: Assistant Secretary

**Choice Hotels International, Inc.,**
a Delaware corporation

By:_____ L.S.
Name: Michael J. DeSantis
Title: Senior Vice President

**Indy Hotel Investors, Inc.,** an Indiana corporation, **Jeyesh Patel,** Individually, **Ravindra Patel,** Individually, jointly and severally

**Indy Hotel Investors, Inc.,** an Indiana corporation

Witness:

_____
Name: Swati Patel
Title: Front Desk

By:_____ L.S.
Name: Jeyesh Patel
Title: President

Date: 11/23/04

Witness:

_____
Name:

**Jeyesh Patel,** Individually

_____ L.S.

Date: 11/23/04

Witness:

_____
Name:

**Ravindra Patel,** Individually

_____ L.S.

Date: 11/23/04

Witness:

_____
Name:
Title:

By:_____ L.S.
Name:
Title:

Date:_____

16



17